IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CHRISTI LEIGH FREEMONT,<br><br>      Defendant. | 8:13CR40<br><br>**ORDER** |

Defendant Christi Leigh Freemont appeared before the court on Wednesday, February 4, 2015 on a Petition for Warrant or Summons for Offender Under Supervision [39]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Gerrard.

  IT IS ORDERED:

  1. A final dispositional hearing will be held before Judge Gerrard in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 19, 2015 at 1:00 p.m.. Defendant must be present in person.

  2. The defendant is released on current conditions of supervision.

  Dated this 4th day of February, 2015

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge