IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTI LEIGH FREEMONT,<br><br>                Defendant. | **8:13CR40**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue revocation hearing (filing 50) is granted.

2. Defendant Christi Leigh Freemont's violation of supervised release hearing is continued to July 16, 2015, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 10th day of March, 2015.

BY THE COURT:

*[signature]*

John M. Gerrard
United States District Judge