IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:13CR40** |
| vs. | |
| CHRISTI LEIGH FREEMONT, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue revocation hearing (filing 52) is granted.

2. Defendant Christi Leigh Freemont's violation of supervised release hearing is continued to August 27, 2015, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of July, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge