IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTI LEIGH FREEMONT,<br><br>　　　　　　Defendant. | **8:13CR40**<br><br>**ORDER** |

　　　　IT IS ORDERED that:

　　　　1.　　The defendant's Unopposed Motion to Continue revocation hearing (filing 54) is granted.

　　　　2.　　Defendant Christi Leigh Freemont's violation of supervised release hearing is continued to November 19, 2015, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

　　　　Dated this 26th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　　　United States District Judge